**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

A.A.,                                          :
                                               :
            Petitioner,                        :
                                               :
v.                                             :        Case No. 7:26-cv-48-LAG-ALS
                                               :
Warden, IRWIN COUNTY                           :
DETENTION CENTER, *et al.*,                    :
                                               :
            Respondents.                       :
_____

**ORDER**

On March 3, 2026, Petitioner filed a counseled application for habeas corpus relief under 28 U.S.C. § 2241. (Doc. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 4th day of March, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE