IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

AMANDEEP AMANDEEP,                           *

        Petitioner,                      *

v.                                                                 Case No. 7:26-cv-48 (LAG-ALS)
                                                             *

IRWIN COUNTY DETENTION CENTER, et
al.,                                                           *

        Respondents.                   *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 30, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner.

This 30th day of March, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk